JULIUS LUFTMAN et al., Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Tenants of the Hotel Marcy, Respondents, *v.* PAUL ROSS et al., as Temporary City Housing Rent Commission, Defendants, and BING & BING, INC., Appellant.

Argued June 8, 1948; decided July 16, 1948.

*Alexander B. Siegel, Edgar E. Harrison* and *Ruth Ranson* for appellant.

*Leon London* and *J. L. Nicoll* for respondents.

*Nathan W. Math, William L. Messing, Joseph Jay* and *Alfred Weinstein* for Temporary City Housing Rent Commission, *amicus curiæ,* in support of appellant's position.

*Charles W. Merritt* for Hotel Association of New York City, Inc., *amicus curiæ,* in support of appellant's position.

Order affirmed, with costs. First and second questions certified answered in the affirmative. Third question certified answered in the negative. Fourth and fifth questions certified not answered. No opinion. [See 298 N. Y. 655.]

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.